IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL INCOLLINGO AND SANDRA INCOLLINGO,** *Plaintiffs,* <br><br> v. <br><br> **ALAN RIVERA, BERGEY'S TRUCKS, INC. AND ECKLEY LOGISTICS SYSTEMS, INC.,** *Defendants.* | **CIVIL ACTION NO. 2:22-cv-01789-MMB** |

## ORDER RE MOTION TO DISMISS AMENDED COMPLAINT

**AND NOW**, this 4th day of October 2022, upon consideration of Plaintiffs' Amended Complaint, Defendants' Motion to Dismiss, and Plaintiffs' Response in Opposition, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendants' Motion is **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON
United States District Judge

O:\CIVIL 22\22-1789 Incollingo et al v. Rivera et al\22cv1789 Order re MTD.docx